■ In the Matter of CESAR SANCHEZ, Appellant, v THOMAS

A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [614 NYS2d 962] —Judgment unanimously affirmed. Memorandum: Supreme Court properly declined to credit petitioner with additional jail time served under a vacated sentence against the maximum term of a sentence imposed upon petitioner's subsequent conviction for a separate offense *(see,* Penal Law § 70.30 [3]; *see also, Matter of Hawkins v Coughlin,* 72 NY2d 158; *People v Meredith,* 172 AD2d 364, *lv denied* 78 NY2d 1078). (Appeal from Judgment of Supreme Court, Wyoming County, Griffith, J.—Article 78.) Present—Denman, P. J., Fallon, Wesley, Davis and Boehm, JJ.